AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Athanasios Zoyganeles<br><br>_____<br>*Defendant* | )<br>) Case: 1:22-mj-00034<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 2/18/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*              Athanasios Zoyganeles                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  02/18/2022                                           Zia M. Faruqui
                                                            2022.02.18 15:28:57 -05'00'
                                                            _____
                                                            *Issuing officer's signature*

City and state:  Washington, D.C.            Zia M. Faruqui, Magistrate Judge
                                                            *Printed name and title*

### Return

This warrant was received on *(date)* 2-18-2022, and the person was arrested on *(date)* 2-22-2022
at *(city and state)* Chicago, IL.

Date: 2-22-2022                                   _____
                                                  *Arresting officer's signature*

                                                  Alex Dehr    FBI Special Agent
                                                  *Printed name and title*

Scanned with CamScanner